# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0932
Lower Tribunal No. 2023-CC-024756-O

_____

VICTORIA RHEA HALL,

Appellant,

v.

MATTHEW MCKEEVER and MICHAEL MCKEEVER,

Appellees.

_____

Appeal from the County Court for Orange County.
David P. Johnson, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WHITE, GANNAM and KAMOUTSAS, JJ., concur.


Victoria Rhea Hall, Orlando, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED